Date: 08/31/10　　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　　　　　　　Page:

Case Number 09-19067 - THOMAS, BRENDA D

*CK # 103*
*rec. 150934*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Dental Centers**<br>6140 Parkland Blvd.<br>Cleveland, OH 44124<br>　ACCOUNT NO. 7991 | 000003 | 51.54 | 1.97 |
| ---------- Remittance Total -------------- | | 51.54 | 1.97 |

_____
MARVIN A. SICHERMAN, Trustee

FILED 2010 SEP 13 PM 3:54 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND